Docusign Envelope ID: C37E37D6-183D-48F0-ADD0-06D7D3E8DD35

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

CELIA WILLIAMS, individually and on behalf of all others similarly situated,

Plaintiff,

Case No. 4:24-cv-00267-LGW-BWC

v.

USHEALTH ADVISORS, LLC, and THE MONTAGUE AGENCY, LLC,

Defendants.

______________________________________/

**DECLARATION OF DAN LILLY**

1. Pursuant to U.S.C. § 1746, I, Dan Lilly**,** declare as follows:

2. I am the Chief Compliance Officer of Excel Impact, LLC ("Excel Impact"). I have personal knowledge of the facts stated herein, and if called upon to testify to those facts I could and would competently do so.

3. Excel Impact is a performance driven online customer acquisition firm with a focus on the insurance industry. Excel Impact specializes in lead generation, inbound calls, and internet advertising for various insurance products and services, including Medicare, health, auto, home and life insurance.

4. As Chief Compliance Officer of Excel Impact, I am familiar with the consumer-facing websites operated by Excel Impact and its database of information relating to users of such websites (the "Database").

5. Excel Impact keeps and maintains the records in its Database in the ordinary course of its business operations as part of its business records, which are automatically generated by computer systems at the time of the event or occurrence to which the records relate.

Docusign Envelope ID: C37E37D6-183D-48F0-ADD0-06D7D3E8DD35

6. Excel Impact researched the information stored in our Database with respect to Plaintiff Celia Williams and the phone number 205-233-5441 (the "Telephone Number"). There is an entry with the Telephone Number that was created from the following submission made to an Excel Impact owned and operated website: on May 24, 2024, a submission with the was made to a website bearing the name "HealthPlanRate.com," (the "Site") with the form submission page on the URL https://healthplanrate.com/form. The Site provides users with a free tool to compare insurance quotes from various healthcare providers.

7. Based on the information in the Database, the Site, and other information as set forth in more detail below, the submission of Plaintiff's information occurred during a visit to HealthPlanRate.com on May 24, 2024 at or around 12:40 p.m. Eastern Daylight Time from an IP address 172.56.75.80.

8. Attached hereto as Exhibit A is a true and correct copy of the Database regarding the submission of Plaintiff's information on the Site. Similar data is automatically generated and maintained for all submissions on the Site at or near the time that they occur, but Exhibit A is an excerpt limited only to records containing Plaintiff's phone number. This information would not have been generated in the Database nor provided to anyone had the user not confirmed her consent to be called by Excel Impact's marketing partners at the telephone number she provided on the Site.

9. Users on the Site may answer a series of questions and provide personal information to receive a free quote through the Site. Upon landing on the Site, users may enter their zip code and click a "GET A QUOTE" button. Users may then answer questions such as if they are looking for individual or family coverage, household size, household income, and gender. After that, the user has the option to enter personal information such as date of birth, home address, full name, e-

mail address, and telephone number. After the user elects to provide their personal information, the user has the option to click a "Get My Free Quotes" button. Above the button is text that says "By clicking the 'Get My Free Quotes' Button, I agree to the consents below the button." The consents below the button reads "By clicking 'Get My Free Quotes', I consent, via electronic signature: (i) to receive calls and texts about health insurance or other offers from Excel Impact, LLC and listed companies to the number(s) I provided via automated calling and prerecorded or artificial voice; consent is not required to purchase goods or services - opt out at any time by calling 833-637-0318; and (ii) to the Privacy Policy and Terms of Service. (including mandatory arbitration). Message & data rates may apply. Text and call frequency varies."

10. A screenshot of the current layout of the online agreement described above, which is identical to the layout of the page on the Site on May 24, 2024 is produced below:




11. Clicking on the hyperlinked "listed companies" on the website generates a pop-up box titled "List of Insurance Companies & Agencies That May Be Contacting You." USHEALTH Advisors, LLC is included in the listing and was on May 24, 2024.

12. The current hyperlinked list of "listed companies" from the Site is attached hereto as Exhibit B. As stated above, USHEALTH Advisors, LLC is included in the listing and was included on May 24, 2024.

13. Excel Impact itself does not provide quotes or sell insurance; only the "listed companies" do that.

14. The Site also includes a hyperlink to its "Terms of Service" at the bottom of each page, in language stating, "By using this site, you acknowledge that you have read and agree to the Terms of Service, and Privacy Policy." The current layout and language is the same as what appeared on May 24, 2024. Partial screenshots from the Site – on both the initial page and the submission form – reflecting this layout and language appear below:







15. The "Terms of Service" hyperlink contains the HealthPlanRate.com Terms of Use to which the user of the Site is agreeing. A true and correct copy of the Site's Terms of Service on May 24, 2024 is attached hereto as Exhibit C.

Docusign Envelope ID: C37E37D6-183D-48F0-ADD0-06D7D3E8DD35

16. The first paragraph of the Terms of Service advises, "THIS AGREEMENT CONTAINS AN AGREEMENT TO ARBITRATE ALL CLAIMS, A PROHIBITION OF CLASS AND REPRESENTATIVE ACTIONS AND NON-INDIVIDUALIZED RELIEF, AND CONTAINS DISCLAIMERS OF WARRANTIES AND LIABILITY (Sections 5 and 8). These provisions form an essential basis of our bargain. If you do not agree to these terms and conditions, you are not authorized to access or use the Website and you are to cease accessing or otherwise using the Website." The arbitration provision appears in the Section under the heading "8. Agreement to Arbitrate" which states, "You and we each agree that any and all disputes or claims that relate to or arise from your use of or access to our Services, or any products or services sold, offered, or purchased through our Services shall be resolved exclusively through final and binding arbitration, rather than in court, except that you may assert claims in small claims court, if your claims qualify. The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate section (this 'Agreement to Arbitrate')."

17. The Terms of Service also state that Excel Impact "is not a provider of insurance, is not acting as an Insurer or broker, and does not make any decisions in connection with the underwriting or offering of any insurance products." Additionally, they state that "'Insurers' include insurance companies, [the Sites'] marketing partners, and affiliates or finders working on behalf of insurance companies, with whom we may share your information (as described in our Privacy Policy) for the purpose of enabling you to find affordable insurance coverage." Ex. C at § 3.

18. To be listed on the Site as one of the "listed companies," otherwise known as a "marketing partner," the listed company must make arrangements with Excel Impact, either directly or indirectly through an intermediary, creating a separate, pre-existing obligation and

arrangement where the Site is utilized as a necessary step for the listed companies to market their services to the requesting consumer.

19. The Arbitration Agreement in the Terms of Service states that "any and all disputes or claims that relate to or arise from your use of or access to our Services, or any products or services sold, offered, or purchased through our Services shall be resolved exclusively through final and binding arbitration, rather than in court." Ex. C at § 8.

20. The Arbitration Agreement's statement that it applies to all claims or disputes arising out of "use of or access to our Services, or any products or services sold, offered, or purchased" is necessarily a reference to the listed companies from whom the visitors to the Sites agreed to receive quotes for insurance coverage, including by telephone. *Id*.

21. In addition, the Terms of Service state that "products and services are provided exclusively by or through the insurance providers and not Excel Impact." Ex. C at § 15.

22. The phrase "products or services" necessarily refers to the listed companies as part of Excel Impact's commercial understanding and arrangement with each of the listed companies, including USHEALTH Advisors, LLC, about providing consent-based leads subject to an arbitration agreement to govern any dispute that may arise with a consumer and one of the listed companies who "products or services" are "sold, offered, or purchased" on the Sites.

23. The data automatically generated from the Site at or near the time it occurred and was maintained by Excel Impact for the submission on the Site includes the following information:

| | |
|---|---|
| First Name: | Celia |
| Last Name: | Williams |
| Phone Number: | 2052335441 |
| Email: | cecenadine@yahoo.com |

Docusign Envelope ID: C37E37D6-183D-48F0-ADD0-06D7D3E8DD35

Address: 2023 Hawthorne street

City: Savannah

State: GA

24. This information for Plaintiff would not have been generated on the Site nor provided to Excel Impact had someone not entered the information and clicked the "Get My Free Quotes" button.

25. In other words, the Site does not, and did not as of May 24, 2024, permit posting of data to third parties such as USHEALTH Advisors, LLC unless the user clicks the above-referenced "Get My Free Quotes Button."

26. To resolve questions about the accuracy, integrity, or validity of the nature of the lead generated on the Site, Excel utilizes the lead verification services of Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya"), among other measures. Jornaya is an industry leader in lead validation and verification. This is done by adding Javascript coding to the website where a form is displayed, such as the form submission page on the Sites. Data relating to the user and interactions on that page, including keystrokes, mouse clicks, data entry, and other electronic communications of visitors to websites, are tracked and maintained by Jornaya to certify via a "Guardian TCPA Report" that the information submitted was authentic and the result of an actual user interaction.

27. Excel Impact obtained the Guardian TCPA Report from Jornaya for Williams's submission on the Site on May 24, 2024. A true and correct copy of the Guardian TCPA Report is attached hereto as Exhibit D.

28. The Guardian TCPA Report identifies the date and time of the user's visit, the IP address and approximate geographic location of the visitor, and the TCPA disclosure language.

29. The TCPA disclosure statement appears below:

Docusign Envelope ID: C37E37D6-183D-48F0-ADD0-06D7D3E8DD35

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING THE GET MY FREE QUOTES BUTTON AND SUBMITTING THIS FORM, I AGREE THAT I AM 18+ YEARS OLD AND I PROVIDE MY SIGNATURE EXPRESSLY CONSENTING TO RECEIVE EMAILS, CALLS, POSTAL MAIL, TEXT MESSAGES AND OTHER FORMS OF MARKETING COMMUNICATION REGARDING HEALTH INSURANCE, OR OTHER OFFERS FROM THE LISTED COMPANIES AND AGENTS TO THE NUMBER(S) I PROVIDED, INCLUDING A MOBILE PHONE, EVEN IF I AM ON A STATE OR FEDERAL DO NOT CALL AND/OR DO NOT EMAIL REGISTRY. THE LIST OF COMPANIES PARTICIPATING ARE SUBJECT TO CHANGE. I WILL RECEIVE CALLS AND/OR TEXTS FROM MULTIPLE COMPANIES IN THE LIST. SUCH CALLS AND TEXT MESSAGES MAY USE AUTOMATED TELEPHONE DIALING SYSTEMS, ARTIFICIAL OR PRE-RECORDED VOICES. I UNDERSTAND MY WIRELESS CARRIER MAY IMPOSE CHARGES FOR CALLS OR TEXTS. I UNDERSTAND THAT MY CONSENT TO RECEIVE COMMUNICATIONS IS NOT A CONDITION OF PURCHASE AND I MAY REVOKE MY CONSENT AT ANY TIME BY CALLING US AT 833-637-0318. |

30. The Guardian TCPA Report also contains a link for a "Visual Playback" re-enactment of what the user saw on their screen during their visit and their interaction. The "Visual Playback" for the submission can be accessed at the following link: https://vp.leadid.com/playback/878AC0E1-1F98-0410-795B-86E50CC226F9/1716568961.6466?key=1716568843456

31. The Jornaya "Visual Playback" of the visit to the Site on May 24, 2024 associated with Plaintiff's lead accurately shows the Site's form submission page and its corresponding layout and language as they appeared on that date.

32. The Jornaya "Visual Playback" also allows one to enter information in fields to the left of the screen and to see if they match the information that was submitted during the lead event and recorded by Jornaya. Entering the information from the lead associated with Plaintiff (such as the first and last name, telephone number, e-mail address, and street address) generates checkmarks showing that they match the information that was submitted during the lead event, as reflected below in the partial screenshots (with Visual Playback Data Overlay showing in which fields the input data match):

Docusign Envelope ID: C37E37D6-183D-48F0-ADD0-06D7D3E8DD35




[remainder of page intentionally left blank]

Docusign Envelope ID: C37E37D6-183D-48F0-ADD0-06D7D3E8DD35

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2025

Signed by:
Dan Lilly
28DF27F458D64E8...

DAN LILLY