# EXHIBIT A

| date_platform | date_et | timestamp_platform | timestamp_et | lead_id |
|---|---|---|---|---|
| 5/24/2024 | 5/24/2024 | 2024-05-24T09:42:28 | 2024-05-24T12:42:28 | 6211681014604085248 |

| advertiser_click_id | origin_channel_id | origin_channel | final_channel_id |
| --- | --- | --- | --- |
| CjwKCAjw9cCyBhBzEiwAJTUWNQJCGcoIGta_3I8E_YULOC3aiRgFpWzptg9GsbhvrlXyEG62R4QlFhoCy18QAvD_BwE | 1402 | Health - Leads - Full O&O (Premium) | 1402 |

| final_channel | origin_placement_id | origin_placement | final_placement_id | final_placement |
|---|---|---|---|---|
| Health - Leads - Full O&O (Premium) | 28599 | Health - Leads - Full O&O (Premium) (1OB/4Legs) | 28599 | Health - Leads - Full O&O (Premium) (1OB/4Legs) |

| origin_vertical | final_vertical | jornaya_lead_id | trusted_form_id | user_id |
|---|---|---|---|---|
| Health | Health | 878AC0E1-1F98-0410-795B-86E50CC226F9 | ddebf21d77b13346b93ed39db9bd017086158a92 | 54dd56a5-a48e-45b7-93fc-313292694685 |

| session_id | landing_page_version | sub_id | lead_type | affiliate_name | affiliate_pub_id | affiliate_pub_id2 | sale_date_platform | sale_date_et | sale_time_platform |
|---|---|---|---|---|---|---|---|---|---|
| 81afbb73-72a7-4845-b3b3-6b60a9f32b46 | | 2AA72 | | None | | | 5/24/2024 | 5/24/2024 | 2024-05-24T09:42:28 |

| sale_time_et | sale_type | post_id | lead_revenue | account_id | account_name | campaign_id |
|---|---|---|---|---|---|---|
| 2024-05-24T12:42:28 | Shared | 6cuP2G693vVHrIoroOuj3bv8BSpyk4l81f8TFPfKrmG3WC0Msz0 | [redacted] | 2198 | Coverage Cure Inc. - Excel Impact Leads | 98983 |

| campaign_name | carrier_name | unified_tracking_id |
| --- | --- | --- |
| Coverage Cure - HI - Full O&O (Nexus - S) | Coverage Cure, Inc. | 207.231.213.210 |

| user_agent | full_name | address | address_2 | city | state | county |
|---|---|---|---|---|---|---|
| Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/125.0.0.0 Mobile Safari/537.36 | Celia Williams | 2023 Hawthorne street | | Savannah | GA | CHATHAM |

| zipcode | phone_number | email_address | birth_date | gender | marital_status | self_employed | spouse_birth_date | spouse_gender | spouse_tobacco_use | bmi_height | bmi_weight |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31404 | (205) 233-5441 | cecenadine@yahoo.com | [redacted] | F | | 0 | | | | 68 | |

| household_income | credit_rating | tobacco_use | currently_insured | homeowner | life_coverage_amount | coverage_type | lost_coverage | denied_coverage | qualifying_life_event |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | Excellent | 0 | 0 | | | Individual Family | 0 | 0 | other |

| qualifying_life_event_date | current_insurance_company | dui | vehicle1_year | vehicle1_make | vehicle1_model | vehicle1_submodel | vehicle1_annual_mileage | vehicle1_collision |
|---|---|---|---|---|---|---|---|---|
| 5/9/2024 | Other | | | | | | | |

| vehicle1_comprehensive | vehicle1_commute_days_per_week | vehicle1_primary_driver | vehicle1_average_mileage | vehicle1_alarm | vehicle1_primary_purpose | vehicle1_ownership | vehicle2_year |
|---|---|---|---|---|---|---|---|

| vehicle2_make | vehicle2_model | vehicle2_submodel | vehicle2_annual_mileage | vehicle2_collision | vehicle2_comprehensive | vehicle2_commute_days_per_week | vehicle2_primary_driver |
|---|---|---|---|---|---|---|---|

| vehicle2_average_mileage | vehicle2_alarm | vehicle2_primary_purpose | vehicle2_ownership | mediaalpha_token | reason | score | employment_status | current_policy_expires |
|---|---|---|---|---|---|---|---|---|

| auto_continuous_coverage | bodily_injury_per_person | bodily_injury_per_incident | property_central_air_conditioning | property_woodburning_stove | property_square_footage |
|---|---|---|---|---|---|

| property_occupancy | property_num_bedrooms | property_swimming_pool_is_fenced | property_copper_water_pipes | property_type | property_foundation | property_num_stories | property_security |
|---|---|---|---|---|---|---|---|

| property_indoor_sprinklers | property_uncovered_deck | property_electrical | property_roof | property_flood | property_smoker_in_household | property_year_built | property_garage |
|---|---|---|---|---|---|---|---|

| property_earthquake | property_deadbolt_locks | property_fire_hydrant_within_1000_ft | property_in_ground_swimming_pool | property_num_bathrooms | property_new_purchase |
|---|---|---|---|---|---|

| property_manned_fire_station_within_5_mi | property_construction | property_liability_coverage_amount | property_deductible | property_covered_deck | property_fire_extinguisher |
|---|---|---|---|---|---|

| property_fireplace | property_smoke_alarm | property_coverage_amount | driver1_marital_status | driver1_education | driver1_sr_22 | driver1_relationship | driver1_bankruptcy | driver1_occupation |
|---|---|---|---|---|---|---|---|---|

| driver1_birth_date | driver1_credit_rating | driver1_first_licensed | driver1_license_state | driver1_license_status | driver1_primary_vehicle | driver1_gender | driver1_name | driver2_marital_status |
|---|---|---|---|---|---|---|---|---|

| driver2_education | driver2_sr_22 | driver2_relationship | driver2_bankruptcy | driver2_occupation | driver2_birth_date | driver2_credit_rating | driver2_first_licensed | driver2_license_state |
|---|---|---|---|---|---|---|---|---|

| driver2_license_status | driver2_primary_vehicle | driver2_gender | driver2_name | incident_date | incident_amount_paid | incident_type | incident_what_damaged | incident_description |
|---|---|---|---|---|---|---|---|---|

| incident_driver | auto_incidents_total_count | home_claims_count | household_size | publisher_id | lead_id_ranked | vertical | is_internal | lead_source | affiliate_lead_source |
|---|---|---|---|---|---|---|---|---|---|
| | | | 6 | | 1 | Health | 1 | mobile.healthplanrate.com | |

| model | age_at_conversion | age_score_at_conversion | tier | advertising_source | subid_description | media_type | subid_in_test | tier_selector_quality |
|---|---|---|---|---|---|---|---|---|
| Seller Exchange | [redacted] | [redacted] | 1 | Google | Google Health AHP T1 "free health insurance" | SEM | 0 | 4 |

| marketing_angle | age_category | ip_address | months_lived_in_current_home | data_source | impressions | traffic_type | campaign_type | sub_id_channel | device_type |
|---|---|---|---|---|---|---|---|---|---|
| Health - ACA 0Plan | Under 64 | | | MediaAlpha | | Full O&O | Web Traffic | Premium | smartphone |