# EXHIBIT B

**List of Insurance Companies & Agencies That May Be Contacting You:**

A&B Insurance and Financial
A&J Health Insurance LLC
A-Z HEALTH INSURANCE AGENCY LLC
ABN Network, LLC
ACA Insurance Advisors
ACE HEALTH SOLUTIONS UNLIMITED LLC
AGENCY INCLINE, LLC
AI Health Inc
AP of South Florida, LLC
Aaronson Health Inc
AdMediary, LLC
Advanced Care Plans LLC
Affordable Prescription Assistance LLC
AgencyPro
All In Marketing Inc
All Web Leads, Inc.
Alliance BPO Services
Alliance1Health LLC
Alliance321, LLC
Allied Health Agency LLC
Alpha Health Options LLC
Alpine Digital Group, Inc.
American Health Marketplace
American Way Health
American Way Health LLC
Americas Healthcare Agency
Anew Health LLC
Ap Insurance Advisors LLC
Apollo Interactive, Inc. and partners (view here), (view here)
Assurance IQ, Inc.
Assured Health Group
Assured Health Group LLC
Atlantic Health Advisors LLC
Atlas Health Insurance Agency LLC
Atreus Medical Group LLC
AvaMia Health LLC
Axiom Insurance Group LLC
B Staples Insurance Solutions - Becca Staples
BAMR Marketing LLC
Benefits Now LLC
Better Health Consulting LLC
Beyond Health Solutions, LLC
Biologistics
Birke Health Agency LLC
BroadBase Media LLC
BrokerCalls, LLC

CLOVER HEALTH ADVISORS LLC
CORNERSTONE INSURANCE AGENCY L.L.C.
Callblade Media
Canis Health
Champion Benefit Advisors LLC
Chief Health Solutions LLC
Coastline Insurance Advisors LLC
Comfortcare Insurance Group LLC
Competitive Health Solutions Plus LLC
Connect Media Services, LLC
Connectnow LLC
Conner Group, LLC.
Cozmo Health
DH Insurance Group
DOZER HEALTH INC
Dente Insurance, LLC
Destin Marketing LLC
Direct Health Solutions LLC
Diverse marketing and consulting group llc
Docktor's Insurance, Inc.
Drips Holdings, LLC
EMPIRE HEALTH CONSULTANTS LLC
Elite Agency and Affiliates
Elite Care Direct
Elite Teams Insurance
Empire Health Advisors LLC
Enhance Operating LLC
Essential Health Solutions LLC
Evergreen Health Solutions LLC
Excel Impact, LLC
Fast Track Health Insurance LLC
Fem Data Marketing LLC
Fifty Three Five Health LLC
First Choice Health
First Contact Media, LLC
First Enroll, LLC
First Family Insurance LLC
First Family Insurance,UHOne
First Healthcare Options LLC
First Wave Health Insurance LLC
Fuego Leads, LLC
GOLDFINCH DATA LLC
Garrett Laughlin, LLC
Golden State Advisors LLC
Goldfinch Data LLC
Gotham
Gotham Healthcare
Gulfstream Consulting, LLC

HEALTH CENTURY LLC
HMG Insurance Agency LLC
Health First Advisors INC
Health IQ Insurance Agency LLC
Health Initiative LLC
Health Insurance Pros LLC
Health Market Alliance LLC
Health Market Solution LLC
HealthCare, Inc. and partners (view here)
HealthMarkets Insurance Agency
HealthVault LLC
Healthcare Innovation Advisors LLC
Healthie LLC
Healthy-Quotes.com
Hildebrandt Capital Ventures, LLC
Hollywood Health Insurance Agency
Hoot Hoot Health LLC
Horizon Health Advisors LLC
IdealConcepts, Inc.
InboundPro
Infinity Insurance Advisors LLC
InstaQuote, LLC
Insurance Marketplace
Integrated Insurance Solutions LLC
J and J Health Group LLC
JMBsales LLC
Jaiden
Joseph Frazier
Kevin Ferrel, Inc
Legacy Health Group, LLC
Legacy Insurance Advisors LLC
Leosource Insurance Agency, LLC
Les Promotions Mondiales Inc. and partners (view here)
Leverage Health Options, LLC
Living Proof Health Insurance Agency LLC
Longspur Health LLC
Luke Jeraci, LLC
MAPD Help Desk LLC
MCC Insurance Medical Care Coverage LLC
MJG Insurance Advisors LLC
Madrivo
McLaren Insurance Solutions
Med Advantage Advisors
MedWise Health Advisors LLC
MediaAlpha Ventures, LLC and partners (view here), (view here), (view here)
Medicare Health Advisors
Melanie Grunwald
Metrix Holdings, LLC

Montague Agency Development Inc
Moore Health LLC
NCD Agency, LLC
NEXT LEVEL BENEFITS INC
NXT LEVEL HEALTH, LLC
Nate DeSouza
National Competitive Health Insurance Agency LLC
National General Insurance Company
National Health Plans & Benefits Agency, LLC
Nationwide Health Agency LLC
Nest Insurance Agency LLC
New Age Health Solutions
New Life Brokers LLC
NextGen Leads, LLC
Northeastern Health Group Inc
Nu Life Health LLC
Number One Health Insurance Agency Inc
OFFERweb, LLC
Online Digital LLC
Optimum Health Options LLC
PX, Inc. and partners (view here), (view here), (view here), (view here)
Platinum Health Solutions
Premier Health Associates Inc
Premier Insurance Benefits, LLC
Premium Care One, Inc
Presidio Interactive Corporation and partners (view here), (view here)
Prestige Health Alliance LLC
Prestige Health LLC
Preventative Healthcare Solutions
Primetime Consulting Associates INC
Priority One Health LLC
Prodigy Insurance Associates, LLC
Prodigy North Health Agency LLC
Pure Insurance Solutions
Quantum Research LLC
QuinStreet, Inc.
QuoteStorm, LLC
QuoteWizard, LLC
Quoting Fast, LLC
RJW Health Solutions
RMMS Investments LLC
RateQuote.com LLC
Refleckt Technologies Corp
Reliasure Insurance Services LLC
RevRise Media, LLC
RevRise Meida, LLC
Rise Insurance Agency LLC
Robinson Lead Management, Inc

S&M MARKETING ASSOCIATES LLC
SEGURO MEDICO LLC
SG Health LLC
SPI HOLDINGS LLC
STOIC INSURANCE GROUP LLC
SelfGood LLC
Sicuro Health LLC
Silverman Solutions Inc.
Summit Health Advisors LLC
Superior Health Group LLC
Supreme Health Options Inc
Syndicate Health Insurance Agency LLC
Synergy Insurance Affiliates LLC
TOP HEALTHCARE OPTIONS INSURANCE AGENCY INC
Tampa Bay Health Insurance Advisors LLC
Tava, Inc.
The Best Insurancee LLC
The Blasena Group, LLC
The Partner Agency, LLC
Tier One Health Solutions, LLC
Titan Coverage Protection, LLC
Top Healthcare Direct Insurance Agency LLC
Top Healthcare Solutions LLC
TrueCoverage, LLC
Truelife Health Agency LLC
Truesource Insurance LLC
Twin Digital Group , LLC
UE Authority, co
USHEALTH Advisors, LLC
USHealth Advisors Sarasota
Universe Marketing LLC
Veerus Holdings LLC
ViaSource Solutions
Visiqua, LLC
Vital Guard LLC
WEST COAST CLOSERS Inc.
We Are Big, LLC
Your Health 1st Insurance Agency
Your Health Group LLC
Your Health Quote LLC
Your Savings Advisor
iRadius Group, LLC