# EXHIBIT D

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

# Guardian TCPA Report

**Prepared for US Health Advisors**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center. Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

JORNAYA

| Lead Event Information: | |
|---|---|
| Universal LeadiD | 878AC0E1-1F98-0410-795B-86E50CC226F9 |
| Event Date | 05/24/2024 |
| Event Time | 12:40:43 PM EDT |
| IP Address | 172.56.75.80 |

| Disclosure Information: | |
|---|---|
| Query Date | 05/24/2024 |
| Query Time | 12:42:41 PM EDT |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING THE GET MY FREE QUOTES BUTTON AND SUBMITTING THIS FORM, I AGREE THAT I AM 18+ YEARS OLD AND I PROVIDE MY SIGNATURE EXPRESSLY CONSENTING TO RECEIVE EMAILS, CALLS, POSTAL MAIL, TEXT MESSAGES AND OTHER FORMS OF MARKETING COMMUNICATION REGARDING HEALTH INSURANCE, OR OTHER OFFERS FROM THE LISTED COMPANIES AND AGENTS TO THE NUMBER(S) I PROVIDED, INCLUDING A MOBILE PHONE, EVEN IF I AM ON A STATE OR FEDERAL DO NOT CALL AND/OR DO NOT EMAIL REGISTRY. THE LIST OF COMPANIES PARTICIPATING ARE SUBJECT TO CHANGE. I WILL RECEIVE CALLS AND/OR TEXTS FROM MULTIPLE COMPANIES IN THE LIST. SUCH CALLS AND TEXT MESSAGES MAY USE AUTOMATED TELEPHONE DIALING SYSTEMS, ARTIFICIAL OR PRE-RECORDED VOICES. I UNDERSTAND MY WIRELESS CARRIER MAY IMPOSE CHARGES FOR CALLS OR TEXTS. I UNDERSTAND THAT MY CONSENT TO RECEIVE COMMUNICATIONS IS NOT A CONDITION OF PURCHASE AND I MAY REVOKE MY CONSENT AT ANY TIME BY CALLING US AT 833-637-0318. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

| Contributed Data | Data Provided by the Jornaya Client ("Contributed Data") for Verification | Verified by the Jornaya Service |
|---|---|---|
| First Name | Celia | Yes |
| Last Name | Williams | Yes |
| Phone 1 | 2052335441 | Yes |
| Email | cecenadine@yahoo.com | Yes |
| Address 1 | 2023 Hawthorne street | Yes |
| City | Savannah | Yes |
| State | GA | Yes |

This table is a summary of the fields and associated values provided by a Jornaya client for verification by Guardian. Guardian captures data associated with the interactions the consumer took with each listed field and if applicable, the data the consumer entered into those fields, and encrypts the captured data entered by the consumer using a secure one-way hashing methodology. When a client purchases a lead from a lead seller with a unique Universal LeadiD associated with that lead, and proactively provides certain data associated with the lead ("Contributed Data") for which verification is requested, Guardian is able to verify if that Contributed Data matched to the encrypted, hashed value of the data that Guardian captured from the original lead event. This provides a client with verification that certain Contributed Data values were entered by the consumer at the original lead event. Data can be verified in the following ways: a match to data entered in form fields, a match to a pre-populated value, and/or a match observed in the parameters of the URL.

**Visual Playback Link:**

https://vp.leadid.com/playback/878AC0E1-1F98-0410-795B-86E50CC226F9/1716568961.6466?key=1716568843456

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY